In the Matter of the Claim of Vincent Lally, Respondent, against George F. Driscoll Company et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 26, 1935; decided March 12, 1935.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* and *John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.